1331 Form

### FORM TO BE USED BY FEDERAL PRISONERS IN FILING A COMPLAINT
### UNDER 28 U.S.C.§ 1331

In the United States District Court

For the  SOUTHERN DISTRICT OF WEST VIRGINIA

VICTOR CALDERON

(Enter above the full name of the
plaintiff or plaintiffs in this
action)

v.

WARDEN MARTY ANDERSON, SUE ENGLES,

J. KIRKLAND, D. McLAIN, CANTERBERRY,

ORMOND, KOBY, BLANKENSHIP,

KIM WHITE, & HARRELL WATTS

(Enter the full name above of the
defendant or defendants in this
action).

I. Place of Present Confinement FCI BECKLEY, P.O. BOX 350, Beaver, WV

II. Previous Lawsuits

A. Have you begun other lawsuits dealing with the same facts involved
in this action or otherwise relating to your imprisonment?
Yes_____  No  x_____

B. If your answer to A is yes, describe each lawsuit in the space
below.  (If there is more than one lawsuit, describe the additional
lawsuits on another piece of paper, using the same outline).

-2-

# UNITED STATES DISTRICT COURT

## FOR THE  SOUTHERN DISTRICT OF WEST VIRGINIA


___VICTOR CALDERON___

           Plaintiff,            *

                                 *  CIVIL NO._____

V.                         *
                                 *
                                 *

___WARDEN MARTY ANDERSON ET.AL___   *

           Defendant (s).       *


## PETITION PURSUANT TO 28 U.S.C.
## SECTION 1331

---

## PETITIONER FILED IN THIS HONORABLE COURT FOR THE

## UNITED STATES DISTRICT COURT, FOR THE

## SOUTHERN DISTRICT OF WEST VIRGINIA

---

**BY PLAINTIFF:** Victor Calderon #10246-067

                    Federal Correction Institution-Beckley

                    P.O. Box 350

                    Beaver, WV 25813

III. In order to proceed in federal court you must ordinarily fully exhaust your administrative remedies as to each ground on which you request action by the federal court.

A. Did you fully exhaust, including appeals, your administrative remedies pursuant to the Bureau of Prisons Policy Statement 1330.07?      Yes __x__ No _____

B. If your answer to A is yes,

1. What steps did you take?  I file 8½, 9, 10, & 11 **Adm. Remdy request**

2. What was the result? My request was ignored and denied!

C. If your answer to A is no, why not ?

IV. Parties
(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any).

A. Name of plaintiff___ Victor Calderon #10246-067 _____

FCI-Beckley, P.O. Box 350 _____

Beaver, WV 25813 _____

( In Item B below, place the full name of the defendant in the first blank, his official position in the second blank. Use Item C for the names, positions, and place of employment of any additional defendants).

B. Defendant **Marty Anderson** _____ is employed as Warden ____

_____ at    FCI-Beckley ____

All other Defendants are employed by BOP and can be served summons

at FCI-Beckley, P.O. Box 350, Beaver, WV. 25813
C. Additional Defendants_____

Kim White is Mid Atlantic Region
Director at 10010 Junction Drive, Suite 100N, Anapolis, MD  20701

**Harrell Watts** is National Adm. Remedy Coordinator at National office, 320 First Street N.W., Washington, D.C. 20534

-3-

V. Cause of Action

(List hereunder the different causes of action that are the grounds for the prosecution of this law suit.)

1. Deliberate Indifference to medical needs

2. Racial Discrimination

3.

VI. Grounds for relief

(Hereunder set out the factual allegations that you consider as establishing a basis for your requested relief under the specific cause/s of action/s.) (If additional space is necessary. include as attachments.)

1.
                Please see attachment

2.

3.

4.

VII. Relief sought
    (Hereunder itemize the specific relief you exect to obtain on the prosecution of this law suit.)

1.    Please see attachment

2.

Wherefore, your Plaintiff respectfully requests that this Honorable Court grant the within relief sought and any other relief that this Court deems just and proper.

-4-

Signed this _____29_____ day of _____Sept_____, 19__2004__

_Victor Calderon_

_Federal Correctional Institution_

_Beckley W.V. P.o Box 350_

(Signature of plaintiff or

plaintiffs)

Executed at _FCI - Beckley, Beckley, WV_

(Name of Institution, City, County)

I declare under penalty of perjury that the foregoing

is true and correct.

Executed on _____9-29-04_____

(Date)

_Victor Calderon_

_Fe_

(Signature of plaintiff or

plaintiffs)

-5-

<u>Ground for relief (attachment)</u>

## STATEMENT OF CLAIM

This is a Civil Right Claim of Deliberate Indifference
to MR. Calderon Serious Medical needs, as well as Racial Dis-
crimination.

MR. Calderon is a prisoner of the Federal Bureau of Prisons.
He's presently housed at FCI-Beckley under the immediated
supervision and control of Defendant Warden Marty Anderson.
Because of Defendant Anderson arrogant and racial hatred of
Mr. Calderon, he and staff responsible to him have humiliated
Mr. Calderon and denied him adequate medical attention.   In
fact, Mr. Calderon medical treatment has been so grossly incompe-
tent and inadequate, as to shock the conscience.   Clearly,
Defendant Warden Anderson, Defendant Sue Engles, Defendnat Kim
White, Defendant Harrell Watts, Defendant Ormond and Defendant
Canterberry all maintain and upheld policies that interfere
with adequate medical care, that they know or should have know
about.

1.  On or about October 21, 2003 Mr. Calderon went to Health
Services to be treated by P.A. Koby.  He explain to Defendant
Koby that he had recently experience a heart attack, and now
he was experiencing back pain and dizzyness.  He further offered
that he had high blood pressure and high cholesterol.  Mr. Koby
told Mr. Calderon that he was just a fat old man, and that he
needed to stop eatting like a pig and exercise.  He further
told Calderon that all you foreigners come over here, go to
jail, and expect us to solve all of your medical problems.
He further asked why Calderon didn't take care of his medical
problems when he was in society.

2.  On or about January 15, 2004, Mr. Calderon reported
to Health Services for sick call to be treated by Defendant

-1-

P.A. Blankenship.  Calderon told Blankenship that he was experienc-
ing severe back pain.  Defendant Blankenship instructed Calderon
to remove his socks and shoes, and then instructed him to walk
on the dirty and cold floor.  When Calderon asked Defendant
Blankenship why he was required to remove his shoes and walk
on the dirty floor, Defendant Blankenship response was, "I'm
sure you are use to walking bare-foot.  In your country, you
probably didn't get your first pair of shoes until you were
eight years old.  He refused to prescribe any medication for
the severe pain Calderon was experiencing, and gave him the
only option of purchasing some imaginary pain medication from
the inmate commissary.

3.  In or about January 22, 2004, Calderon reported to
sick call to be treated by Defendant P.A. Blankenship.  Calderon
had an in-grown toe-nail and wanted it cut.  He was also concern
because he is a diabetic.  Defendant Blankenship refuse to cut
the in-grown toe-nail and further humiliated Calderon by calling
him fat and telling him to get into an aerobics class, in the
presence of other staff.

4.  On or about January 29, 2004 Plaintiff Calderon submitted
a request for Administrative Remedy to Defendant Canterberry
against Defendant Koby and Blankenship for Denial of Adequate
Medical Attention and degration and humiliation.  Defendant
Canterberry fail to properly investigate Calderon claim and
simply took the position that his co-workers did there jobs.
See Exhibit (A)

5.  On or about February 17, 2004, at approximately 7:30
Plaintiff Calderon was placed on Health Services call, only
to be confronted by Assistant Warden Engels about a Request
for Administrated Remedy he had filed agains Defendant(s) Koby
and Blankenship.  Defendant Engles threaten to place Calderon
in the Special Housing Unit (SHU) if he didn't drop the Request
for Administrated Remedy.  She further promise Calderon that
should he sign off on the complaint, she would arrange for him
to be transferred to a low custody.  Calderon had low custody
points and should have been transferred to a low custody facility

anyway.  When Defendant Sue Engles entered the contract in which she promise to transfer Calderon, she knew she had no intention whatsoever to transfer him, and behind Calderon back, she contact Defendant Kim White at the Region and arrange for a managerment-verible to be placed on Calderon, making it possible for him to be held in a custody level higher than his actual classification level.

6.  On or about March 30, 2004, Plaintiff Calkeron submitted a request to Defendant Sue Engles for a copy of his January 29, 2004 Request for Administrated Remedy that he terminated as a result of the bogus agreement made by Engles.  To date, Engles has failed or refused to provide Plaintiff with said copy.

7.  Defendnat Ormond is the FCI-Beckley Request for Adm. Remedy Coordinator.  He fail and/or refused to process Plaintiff Request for Adm. Remedy in and effort to circumvent the process.  See exhibit (B)

8.  Defendant J. Kirklnad is the Medical Administrator, and Plaintiff spoke with her during the month of April 2004 concerning the inadequate medical attention he was receiving.  Ms. Kirkland reviewed Plaintiff Calderon medical files and took the position that because of his poor medical health, she would recommend an emergency transfer.

9.  On April 20, 2004 Plaintiff submitted a kite to Defendant Kirkland, requesting a copy of her report in which she requested that Plaintiff be transferred for medical purposes.  To this cate, Defendant Kirkland have refused to forward plaintiff a copy of said report.

10.  On or about April 26, at approximately 7:00 am, Plaintiff arrived at Health Services complaining of shortness of breath and chest pains.  Plaintiff was clearly in bad shape and had to be rushed to an outside hospital emergency room.  Because of Defendant Kirkland and her staff racial hatred of Calderon,

she arranged for him to be chained from head to toe with a black box, which aggravated Calderon medical condition.  Once Calderon was seen by the physician, he was told that he was threaten another heart attack, and that he needed to have an operation. Plaintiff discuss this matter with Defendant D. McLain and Defendant Kirkland, who both became belligerent and threaten not to permit an operation if it couldn't be done that same day.  Plaintiff was in need of mental preperation before having another operation; however, because he did not have the operation that same day, Defendant Kirkland and McLain are now refusing to agree to the needed operation.

11. On or about May 4, 2004 at approximately 11:30 am, after speaking with Unit Manager B. Ballard concerning Plaintiff belief that he was being retaliated against and discriminated against by Health Services Staff, Defendant Waden Anderson came in the room and began yelling that he didn't have one million dollars to transport him tothe Hospital and that no operation or transfer would occure.

12.  Plaintiff Calderon file several Request for Administrative Remedy to Defendant Warden Anderson, to Defendant Kim White and Defendant Harrell Watts; however, his plea fell upon deaf ears.  See Exhibit (C,D,E,F, & G)  Despite all the warning and effort Plaintiff Calderon put forth to obtain adequate medical treatment, Defendant disregarded the excessive risk of his health.  Defendant Engles and Warden Anderson became so angry with Plaintiff Calderon, they arrange for Defendant Canterberry to come to Plaintiff cell, search it, then confiscate his heart medication. Defendant Canterberry attempted to justify the retalitory search by writing Calderon a disciplinary report for allegingly having the wrong medication in the wrong bottle. Defendants further arrange with the Unit Case manager to find Calderon guilty of the incident report and increase his custody level to prevent him from being transferred to his low custody level.

Respectfully Submitted,

Victor Calderon

## Relief sought (attachment)

1. Ms. Kim White is being sued for $250,000 in her individual and official capacity.

2. MR. Harrell Watts is being sued for $250.000 in his individual and official capacity.

3. Warden Anderson is being sued for $200,000 in his individual and official capacity.

4. Sue Engles is being sued for $200,000 in her individual and official capacity.

5. J. Kirkland is being sued for $125,000 in her individual and official capacity.

6. D. McLain is being sued for $125,000 in his individual and official capacity.

7. Counselor Canterberry is being sued for $100,000 in his individual and official capacity.

8. Mr. Ormond is being sued for $150,000 in his individual and official capacity.

9. P.A. Koby is being sued for $200,000 in his individual and official capacity.

10. P.A. Blankenship is being sued for $200,000 in his individual and official capacity.

Wherefore, your Plaintiff respectfully requests that this Honorable Court grant the within relief sought and any other relief that this Court deems just and proper.

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JULY 13, 2004

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      MID-ATLANTIC REGIONAL OFFICE

TO  : VICTOR CALDERON, 10246-067
      BECKLEY FCI      UNT: PINE      QTR: P05-130L
      P.O. BOX 1280
      BEAVER,  WV 25813

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID        : 339263-R1      REGIONAL APPEAL
DATE RECEIVED    : JULY 9, 2004
SUBJECT 1        : MEDICAL CARE - IMPROPER OR INADEQUATE
SUBJECT 2        :
INCIDENT RPT NO:

REJECT REASON 1: SEE REMARKS.

REMARKS          : WE ARE UPHOLDING THE INSTITUTION'S REJECTION.

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | Calderon, Victor | [#10246-067] | Pine B Lower | F.C.I. Beckley |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A- INMATE REQUEST**

NOTICE  The following papers are presented to the identified party of interest and entity with a request for certified true and correct acknowledgement that my statements are either true or untrue. This request and any return from you are intended by me to be used as evidence of certain facts supporting further process. As a result of trying to file numerous Request for Administrative Remedy Forms, while receiving 'Rejection Notices' (See Exhibit's E and F Refused for Fraud with no identifiable Administrative Remedy Coordinator), it is well noted that Sue Engels and Victor Calderon had an absolute guaranteed agreement that he would receive a transfer to another institution if Victor Calderon would sign off on a serious Request for Administrative Remedy (BP-9) Form. As a result of Sue Engles' fraudulent statement, which is a violation of well established law [18 U.S.C. § 1001], Victor Calderon is still present at Federal Correctional Institution Beckley, in Beaver West Virginia with the same ongoing and continuing retaliatory behavior and medical negligence. The penalty for such fraudulent statements is a fine of not less than $500.00 nor more than $1000.00 and a jail term of not more than 5 years, or both. The Undersigned engages this process in good faith with firm assurance that you will act according to law and engage in resolution of this matter at hand.
NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND VIZ A VIZ.                              )

| | |
|---|---|
| DATE | SIGNATURE OF REQUESTER |

**Part B- RESPONSE**

RECEIVED
JUL - 9 2004
BUREAU OF PRISONS
MARO REGIONAL COUNSEL

| | |
|---|---|
| DATE | WARDEN OR REGIONAL DIRECTOR |

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: _____

                                            CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
              LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

| | |
|---|---|
| DATE | RECIPIENT'S SIGNATURE (STAFF MEMBER) |

BP-229(13)

BEC-1330.13d
February 20, 2004
Attachment A

REQUEST FOR ADMINISTRATIVE REMEDY
INFORMAL RESOLUTION FORM
FCI BECKLEY, WEST VIRGINIA

 Exhibit A

Section 1 - To be completed by the Unit Counselor at the time inmate request Administrative Remedy.

Inmate Name: _Victor Calderon_            Register Number: _#10246-067_

Assigned Unit: _PINE BL_          ▓▓▓▓▓▓  _Canterberry_

Date of Request: _6-16-04_       ▓▓▓▓▓▓  _5/4/04_

Specific Complaint: _Full Investigation of retaliatory behavior._

Informal Resolution was / was not accomplished.  If not accomplished, inmate issued Request for Administrative Remedy Form.  Inmate was advised to review Program Statement 1330.13, Administrative Remedy Program, to ensure compliance with filing procedures.

X _Victor Calderon_
Inmate Signature / Register Number          Date  _6/22/04_

_K Canter_
Counselor Signature          Date  _6-22-04_

Section 2 - To be completed by the Counselor when inmate submits Request for Administrative Remedy Form.

▓▓▓▓▓▓  _6/22/04_

Was issue discussed with the inmate? YES / NO.  If no, reason: _____

Were staff or departments noted in Administrative Remedy contacted? YES / NO.  _You are not being retaliated against:_
If no, reason.  If yes, response: _You were put in for a transfer and the Region denied the request. Another request will be made in accordance with current policy._
Informal Resolution was / was not accomplished.  If not accomplished, staff submitted Request for Administrative Remedy Form to Administrative Remedy Coordinator.

X _Victor Calderon_
Inmate Signature / Register Number          Date  _6/22/04_

_K Canter_
Counselor Signature          Date  _6-22-04_

_K Bird_
Unit Manager Signature          Date  _6/22/04_

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS – Phone (913) 682-8700 ext. 465

*Exhibit D*

U.S. DEPARTMENT OF JUSTICE

**REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | **Calderon, Victor** | [**#10246–067**] | **Pine B Lower** | **F.C.I. Beckley** |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST**

**NOTICE:** This is a written communication concerning retaliatory behavior, and grossly incompetent medical care of the condition of Victor Calderon's diabetes, high blood pressure, high cholesterol levels, daily back pain, recent heart attacks, and fear of death while being <u>denied</u> His U.S. Constitutional Rights. The Aggrieved Party, Victor Calderon, is coming in good faith to exhaust his administrative remedies to determine the nature and cause of this administrations abuse of committing criminal offenses under Lying and Covering up [18 U.S.C. § 1001]; Obstruction of Justice [18 U.S.C § 1505]; your B.O.P. Program Statement(s): 3420.09 Standards of Employee Conduct, page 6 Section 14, page 7 Section 15, page 9 Section 24, page 12 Section(s) 32, 33, and 35; BEC–6001.056 Medical Treatment, and also 5 CFR part 735 Employee Responsibilities and Conduct, Subpart (B) in order to administratively <u>murder</u> this Aggrieved Party should be self-evident to any outside observer. Any party of interest may controvert the statements and/or claims made in the attached **Affidavit of Truth**, by executing and delivering a verified response in <u>Affidavit Form</u>, within twenty (20) days. All parties may agree and admit to all statements and claims made in the Affidavit of Truth by TACIT PROCURATION by simply remaining silent. If no answer is given, or no <u>emergency transfer</u> is put forth, the answer will be presumed to be "**admit**".

_6/23/04_ DATE               *Victor Calderon*
                                          SIGNATURE OF REQUESTER

**Part B– RESPONSE**

RECEIVED
JUN 24 2004
BY _____

---

| DATE | WARDEN OR REGIONAL DIRECTOR |
|---|---|

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE               CASE NUMBER: _____

                                                              CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____

LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

Exhibit D

## AFFIDAVIT OF TRUTH

| Raleigh county | ) | | **Fiat Justitia, Ruat Coelum** |
|---|---|---|---|
| | ) | ss. | Let Right Be Done, Though the |
| West Virginia state | ) | | Heaven Should Fail |

I, Victor Calderon, hereinafter your Affiant Victor Calderon, whose mailing location is; non-assumpsit/TDC: c/o F.C.I. Beckley, P.O. Box 350, Beaver, West Virginia [25813]-state that your Affiant is of legal age, competent to testify, have personal first hand knowledge and believe that the truths and facts herein are true, correct, complete, and not misleading.

[1]    On or about March 30, 2004, within Raleigh county, West Virginia state, at F.C.I. Beckley, your Affiant presented an Inmate Request to Staff Form to Assistant Warden Engels, to obtain a copy of the January 29, 2004 BP-9, that your Affiant was <u>forced</u> to terminate. As of this day, Engels has failed or refused to present this evidence to your Affiant.

[2]    On or about April 20, 2004, your Affiant presented an Inmate Request to Staff Form to J. Kirkland for clarification, based on her <u>testimony</u> and <u>recommendation</u> for an emergency transfer that she said was necessary. As of this day, J. Kirkland has failed or refused to present any documentation that will help your Affiant for an emergency transfer.

[3]    On or about April 26, 2004, at approximately 7:00 am, your Affiant went to Health Services because of chest pains; from there, your Affiant was taken to an outside Hospital, <u>chained</u> from head to toe with a <u>black box</u>, while being in this medical emergency situation. Your Affiant was informed by the Heart Doctor that your Affiant is in need of an operation, based on the most recent heart attack that your Affiant suffered.

[4]    Your Affiant is in need of mental preperation before any operation can occur; as the responsibility for securing medical care for prisoners' needs rests with the prison authorities, not some outside medical facility. Shortly thereafter, D. McLAIN and J. Kirkland threatened your Affiant with unprofessional behavior, and stated that your Affiant will <u>never</u> leave F.C.I. Beckley for an emergency transfer, because your Affiant would not get the operation done on the same day.

[5]    On or about May 4, 2004, at approximately 11:30 am, after speaking with Pine B Upper Unit Manager B. Ballard about the retaliatory behavior of the medical staff and your Affiant's health situation, Warden Marty C. Anderson approached your Affiant by yelling that he didn't have one million (1,000,000.00) dollars to transport your Affiant to the Hospital and that <u>no</u> operation or medical treatment will occur.

Further Affiant Saith Naught.

Executed this _21st_ day of the _June_ month, two thousand four

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
THERESA LYNN HOOVER
FEDERAL CORRECTIONAL INSTITUTION - BECKLEY
POST OFFICE BOX 1280
BEAVER, WV 25813
My Commission Expires October 4, 2010

_Victor Calderon_
Victor Calderon, your Affiant [#10246-06?

_Theresa L. Hoover_

Page 1 of 1

Exhibit F

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JUNE 24, 2004

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BECKLEY FCI

TO  : VICTOR CALDERON, 10246-067
      BECKLEY FCI    UNT: PINE    QTR: P06-201L
      P.O. BOX 1280
      BEAVER,  WV 25813

FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 339271-F1     ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : JUNE 24, 2004
SUBJECT 1       : MEDICAL CARE , IMPROPER OR INADEQUATE
SUBJECT 2       : OTHER COMPLAINT AGAINST STAFF
INCIDENT RPT NO:

REJECT REASON 1 : YOUR REQUEST IS UNTIMELY.  INSTITUTION AND CCC REQUESTS
                  (BP-09) MUST BE RECEIVED W/20 DAYS OF THE EVENT COMPLAINED
                  ABOUT.

REJECT REASON 2 : SEE REMARKS.

REMARKS         : DATES OF YOUR ISSUES ARE 03-04, 04-04, 04-04,
                  05-04; ALL ARE OUTSIDE YOUR TWENTY-DAY FILING
                  PERIOD.

BEC-1330.13d
February 20, 2004
Attachment A

Exhibit B

REQUEST FOR ADMINISTRATIVE REMEDY
INFORMAL RESOLUTION FORM
FCI BECKLEY, WEST VIRGINIA

Section 1 - To be completed by the Unit Counselor at the time inmate request Administrative Remedy.

Inmate Name: _Victor Calderon_                Register Number: _#10246-067_

Assigned Unit: _PINE BL_                       Counselor: _Canterberry_

Date of Request: _6-16-04_                     Date of
                                               Incident: _Continuous_

Specific Complaint: _Full investigation of Inadequate Medical Care_

Informal Resolution was (was not accomplished). If not accomplished, inmate issued Request for Administrative Remedy Form. Inmate was advised to review Program Statement 1330.13, Administrative Remedy Program, to ensure compliance with filing procedures.

X _Victor Calderon_                            _6/22/04_
Inmate Signature / Register Number             Date

_K Canter_                                     _6-22-04_
Counselor Signature                            Date

Section 2 - To be completed by the Counselor when inmate submits Request for Administrative Remedy Form.

Date Submitted: _6-17-04_

Was issue discussed with the inmate (YES) NO. If no, reason: _____

Were staff or departments noted in Administrative Remedy contacted: (YES) NO.

If no, reason. If yes, response: _Not eligible for Medical transfer_

Informal Resolution was (was not accomplished). If not accomplished, staff submitted Request for Administrative Remedy Form to Administrative Remedy Coordinator.

X _Victor Calderon_                            _6/22/04_
Inmate Signature / Register Number             Date

_K Canter_                                     _6-22-04_
Counselor Signature                            Date

_K BLM_                                        _7/22/03_
Unit Manager Signature                         Date

Exhibit E

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JUNE 24, 2004

FROM: ADMINISTRATIVE REMEDY COORDINATOR
BECKLEY FCI

TO   : VICTOR CALDERON, 10246-067
       BECKLEY FCI    UNT: PINE    QTR: P06-201L
       P.O. BOX 1280
       BEAVER,  WV 25813

FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID      : 339263-F1   ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED  : JUNE 24, 2004
SUBJECT 1      : MEDICAL CARE - IMPROPER OR INADEQUATE
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOUR REQUEST IS UNTIMELY.  INSTITUTION AND CCC REQUESTS
                 (BP-09) MUST BE RECEIVED W/ 20 DAYS OF THE EVENT COMPLAINED
                 ABOUT.

REJECT REASON 2: SEE REMARKS.

REMARKS        : TRANSFER DENIAL 01-26-04.  ISSUES NOTED IN
                 REQUEST ARE 10-03, 01-04, 01-04, 01-04, 02-04;
                 ALL ARE OUTSIDE YOUR TWENTY-DAY FILING PERIOD.

AFFIDAVIT OF TRUTH

*Exhibit C*

| Raleigh county | ) | | Fiat Justitia, Ruat Coelum |
| | ) | ss. | Let Right Be Done, Though the |
| West Virginia state | ) | | Heavens Should Fail |

     I, Victor Calderon, hereinafter your Affiant Victor Calderon, whose mailing location is; non-assumpsit/TDC: c/o F.C.I. Beckley, P.O. Box 350, Beaver, West Virginia [25813]-state that your Affiant is of legal age, competent to testify, have personal first hand knowledge and believe that the truths and facts herein are true, correct, complete, and not misleading.

[1]    On or about October 21, 2003, within Raleigh county, West Virginia state, at F.C.I. Beckley, at approximately 1:30 pm, your Affiant went to Health Services to be treated by P.A. Koby, who intentionally ignored your Affiant's serious medical needs of back pain, dizzyness, and sickness, which led to continuous heart problems, high blood pressure, high cholesterol levels, and dizzy conditions posing a substantial risk of serious future harm.

[2]    On or about January 15, 2004, your Affiant reported to Health Services for sick call to be treated by P.A. Blankenship, who was grossly incompetent to take an easier and less efficacious course of treatment for your Affiant's terrible back pain, and directed your Affiant to go to commissary and buy some pain medicine. Then at the same time, your Affiant was <u>forced</u> by the <u>reckless</u> <u>indifference</u> of P.A. Blankenship to take off your Affiant's shoes and socks and proceed to walk across the cold and dirty floor for <u>no</u> reason.

[3]    On or about January 22, 2004, your Affiant went to Health Service once again to be treated by P.A. Blankenship, who refused to provide the essential care for your Affiant's trimming of His toenails that started to become ingrown because of your Affiant's diabetes. P.A. Blankenship became upset with an evil motive to tell your Affiant to get into an aerobics class and to get out of his office and if your Affiant would ever come back, P.A. Blankenship would write your Affiant up.

[4]    On or about January 29, 2004, a Request for Administrative Remedy (BP-9) <u>complaint</u> was served on Counselor Canterberry for criminal activity done by P.A. Koby and P.A. Blankenship for use of official authority that is intentional, unjustified, brutal and offensive to human dignity.

[5]    On or about February 17, 2004, at approximately 7:30 am, your Affiant was put on the call out for Health Services, to only be confronted by Assistant Warden Engels about the BP-9 complaint. Engels, through intimidation, retaliation, ~~trickery~~ and fraudulent statements, stated that if your Affiant would sign off on this complaint, she would <u>knowingly</u> and <u>willfully</u> put your Affiant in for and emergency transfer. Shortly thereafter, a recommendation for <u>no</u> transfer was putforth, and a managementverible is in place at this day and time that will keep you Affiant in dangerous surroundings.

Further Affiant Saith Naught.

Executed this _21st_ day of the _June_ month, two thousand four.

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
THERESA LYNN HOOVER
FEDERAL CORRECTIONAL INSTITUTION - BECKLEY
POST OFFICE BOX 1280
BEAVER, WV 25813
My Commission Expires October 4, 2010

Victor Calderon, your Affiant [#10246-067]

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JULY 13, 2004

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      MID-ATLANTIC REGIONAL OFFICE

TO  : VICTOR CALDERON, 10246-067
      BECKLEY FCI     UNT: PINE     QTR: P05-130L
      P.O. BOX 1280
      BEAVER,  WV 25813


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 339263-R1      REGIONAL APPEAL
DATE RECEIVED  : JULY 9, 2004
SUBJECT 1      : MEDICAL CARE - IMPROPER OR INADEQUATE
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: SEE REMARKS.

REMARKS        : WE ARE UPHOLDING THE INSTITUTION'S REJECTION.

REJECTION NOTICE – ADMINISTRATIVE REMEDY

DATE: AUGUST 20, 2004

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BOP CENTRAL OFFICE

TO  : VICTOR CALDERON, 10246-067
      BECKLEY FCI    UNT: PINE      QTR: P05-130L
      P.O. BOX 1280
      BEAVER,  WV 25813

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 339263-A2        CENTRAL OFFICE APPEAL
DATE RECEIVED   : AUGUST 17, 2004
SUBJECT 1       : MEDICAL CARE – IMPROPER OR INADEQUATE
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOUR APPEAL IS UNTIMELY.  REGIONAL APPEALS (BP-10)
                 MUST BE RECEIVED WITHIN 20 DAYS OF THE WARDEN/CCM
                 RESPONSE OR RECEIPT OF THE DHO REPORT.  THIS TIME
                 INCLUDES MAIL TIME.

REJECT REASON 2: SEE REMARKS.

REMARKS         : CONCUR WITH THE REGIONAL RESPONSE THAT APPEAL IS
                  UNTIMELY

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen.  If attachments are needed, submit four copies.  One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

| From: | **Calderon, Victor** | **[#10246-067]** | **Pine B Lower** | **F.C.I. Beckley** |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A—REASON FOR APPEAL**

**NOTICE:** This is a good faith notice to all parties of interest regarding clearly established evidence of crimes involving government employees and officials. The Undersigned, Victor Calderon presented Karen White, d.b.a. Regional Director with the proper proof of evidence with a petition of Request for Administrative Remedy (BP-9), received on July 9, 2004 C.E. Karen White and her agents have failed or refused to uphold the law and accept the request with exhibits for the investigation of fraudulent statements made by Sue Engles, d.b.a. Associate Warden of Operations, and the retaliatory behavior and medical negligence that is <u>still</u> <u>continuing</u> . As of this day, all parties are in dishonor and default of well establish-ed evidence, affidavits, and civil rights violations. **CAVEAT:** Any prior communication, writ-ten document, and the like by and between any party of interest and the Undersigned contain-ing any <u>mistake</u> of the Undersigned is invalidated thereby and of <u>no</u> force and effect, and may <u>not</u> be relied upon by any party of interest against the Undersigned in this matter. The Undersigned reserves the right to present all attachments, exhibits, documents, endorse-ments schedules, files, medical evaluations, and medical treatments as a <u>discovery</u> for a civil or criminal proceeding. The Undersigned engages this process in good faith with firm assurance that you will act according to law and engage in resolution of this matter at hand. **NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND VIZ A VIZ:** *Victor Calderon*

7/21/2004 _____ cc: on file
DATE                                                          SIGNATURE OF REQUESTER

**Part B—RESPONSE**

RECEIVED

JUL 2 5 2004

BUREAU OF PRISONS
MARO REGIONAL COUNSEL

_____                    _____
DATE                                                          REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: _____

**Part C—RECEIPT**                                            CASE NUMBER: 3392263-R1

Return to: _____   _____   _____   _____
LAST NAME, FIRST, MIDDLE INITIAL              REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

BP-230(13)

U.S. Department of Justice

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen.  If attachments are needed, submit four copies.  One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

| From: | **Calderon, Victor** | [**#10246-067**] | **Pine B Lower** | **F.C.I. Beckley** |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A—REASON FOR APPEAL**

**NOTICE:** This Administrative Notice is not intended to threaten anyone, but is simply a means of invoking this administrative remedy coordinator's duty to act pursuant to your Program Statement(s 3420.09, 1330.13 and 28 CFR § 542.10-19. This administration has raised the usual rejection notices, holding back BP-8 and BP-9 documents so that the time can run out, adding affidavit's to the Original Informal Resolution Form (BP-8) without the consent of the Undersigned, the full blown retaliation from Health Services and his Unit Team daily, and an avalanche of procedural gimmicks, while avoiding the issue of Kevin Canterberry, d.b.a. Counselor for Pine B Lower who has failed and refused to investigate the criminal activity of his fellow officers, or in the alternative, <u>forward all</u> documentation to the Attorney General, Federal Bureau of Investigations or any authority of the Military Departments (JAG) to investigate various crimes involving Government officers and employees of the Federal Correctional Institution Beckley, in Beaver West Virginia as evident in the BP-8 and BP-9, with Rejection Notice's attached hereto. The Undersigned is in a state of shock, frustration, embarrassment, loss of enjoyment, and emotional distress because of the cruel and unusual punishment given daily by staff members of this institution. This is the third stage for Karen M. White, d.b.a Regional Director to <u>investigate</u> this issue, and <u>correct</u> all officers and employees who willfully committed criminal acts against the victim and witness of criminal activity, the Undersigned Victor Calderon. **NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND VIZ A VIZ:** _____   cc: on file

| 2/12/04   DATE | *Victor Calderon* |
|---|---|
| | SIGNATURE OF REQUESTER |

**Part B—RESPONSE**

RECEIVED
AUG 1 2004
BUREAU OF PRISONS
MARO REGIONAL COUNSEL

| DATE | REGIONAL DIRECTOR |
|---|---|

If dissatisfied with this response, you may appeal to the General Counsel.  Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE          CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C—RECEIPT**

CASE NUMBER: **344817-R1**

Return to: _____

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |
|---|---|---|---|

SUBJECT: _____

**U.S. Department of Justice**                                    **Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball–point pen. If attachments are needed, submit four copies. One copy each of the completed BP–DIR–9 and BP–DIR–10, including any attach–
ments must be submitted with this appeal.

| From: | **Calderon, Victor** | **[#10246–067]** | **Pine B Lower** | **F.C.I. Beckley** |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A—REASON FOR APPEAL**

**NOTICE:** This Administrative Notice is not intended to threaten anyone, but is simply a means of
invoking this administrative remedy coordinator's duty to act pursuant to your Program Statement(
3420.09, 1330.13 and 28 CFR § 542.10–19. This administration has raised the usual rejection no–
tices, failing to provide sworn affidavit's, and an avalanche of procedural gimmicks, while avoid
ing the issue of fraudulent statements made by Sue Engles, d.b.a. Associate Warden of Operations
and the retaliatory behavior and medical negligence that is still continuing, as evident in all
BP–8's, BP–9's with Affidavit's, and BP–10, with Rejection Notice's attached hereto. The Under–
signed is in a state of shock, frustration, embarrassment, loss of enjoyment, and emotional dis–
tress because of the cruel and unusual punishment, abuse of discretion, intentional denial of
needed medical care, and the deliberate indifference to the medical needs of the Undersigned.
This is the final stage for Harrell Watts, d.b.a. Administrator of National Inmate Appeals to in–
vestigate this issue, and correct all officers and employees who willfully committed criminal act
against the victim and witness of criminal activity, the Undersigned Victor Calderon. **NOTICE TO
AGENT IS NOTICE TO PRINCIPAL:**

_8/12/04_                 CC: on file                          _Victor Calderon_
DATE                                                          SIGNATURE OF REQUESTER

**Part B—RESPONSE**

AUG 17 2004

DATE                                              GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE                        CASE NUMBER: _____

**Part C—RECEIPT**

CASE NUMBER: _____

| Return to: | | | | |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

SUBJECT: _____

DATE                          SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL           BP–231(13)